**A CERTIFIED TRUE COPY**

APR 2 1 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   APR - 5 2006

UNITED STATES DISTRICT COURT
DENVER, COLORADO
FILED
CLERK'S OFFICE

MAY 1 2006

DOCKET NO. 1708

GREGORY C. LANGHAM
CLERK

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

06-CV-00400-REB-BNB

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-10)**

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 110 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, 398 F.Supp.2d 1371 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

A true printed copy in __2__ sheet(s)
of the electronic record filed on 4/25, 06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 4/26 , 2006.
RICHARD D. SLETTEN
BY: _____

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCANNED

APR 2 5 2006

U.S. DISTRICT COURT MPLS

FILED APR 2 5 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
MPLS

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3   06-1797 | Bruce Draper v. Guidant Corp., et al. | 06-1564 |
| **COLORADO** | | |
| CO 1   06-400 | Matthew P. Oien v. Guidant Corp., et al. | 06-1565 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1   06-487 | Jagir S. Bhuller, et al. v. Guidant Corp., et al. | 06-1566 |
| **FLORIDA MIDDLE** | | |
| FLM 2   06-109 | Cynthia Lamoureux v. Guidant Corp. | 06-1567 |
| FLM 2   06-110 | William B. Harris, Jr. v. Guidant Corp. | 06-1568 |
| **FLORIDA SOUTHERN** | | |
| FLS 1   06-20622 | Maria M. Viera, et al. v. Guidant Corp., et al. | 06-1569 |
| **ILLINOIS NORTHERN** | | |
| ILN 1   06-1228 | Georgia L. Keene v. Guidant Corp. | 06-1570 |
| **INDIANA SOUTHERN** | | |
| INS 1   06-391 | Judith King, etc. v. Guidant Corp., et al. | 06-1571 |
| **LOUISIANA WESTERN** | | |
| LAW 3   06-375 | Oliver Brown v. Guidant Sales Corp., et al. | 06-1572 |
| **MAINE** | | |
| ME 2   06-50 | J. Wesley Wakinson v. Guidant Corp. | 06-1573 |
| **NEW YORK EASTERN** | | |
| NYE 1   06-1093 | Robert Brown, Jr., etc. v. Guidant Corp., et al. | 06-1574 |
| NYE 2   06-978 | Edward Gratton, et al. v. Guidant Corp. | 06-1575 |
| **NEW YORK SOUTHERN** | | |
| NYS 7   06-1729 | Alice J. Smith, etc. v. Guidant Corp., et al. | 06-1576 |
| NYS 7   06-1730 | Anthony McHugh v. Guidant Corp., et al. | 06-1577 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2   06-1089 | Diana Paxson, etc. v. Guidant Corp., et al. | 06-1578 |
| **WISCONSIN EASTERN** | | |
| WIE 2   06-264 | Rodney Spielman v. Guidant Corp., et al. | 06-1579 |
| WIE 2   06-265 | Dudley Evans v. Guidant Corp., et al. | 06-1580 |
| WIE 2   06-266 | Robert Baxter v. Guidant Corp., et al. | 06-1581 |